NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Submitted May 9, 2016; decided June 28, 2016

Motion to amend this Court's order dated March 24, 2016 etc. denied [see 27 NY3d 942 (2016)]. Motion, insofar as it seeks leave to appeal from the June 2014 Appellate Division order, dismissed upon the ground that it does not lie, appellant having previously moved in the Court of Appeals for leave to appeal (24 NY3d 1207 [2015]) from the same Appellate Division order from which she currently seeks leave to appeal (see Selinger v Selinger, 90 NY2d 842 [1997]); motion, insofar as it seeks leave to appeal from the remaining orders, otherwise dismissed upon the ground that such orders do not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

MELVON MOORE et al., Appellants, v CITY OF NEW YORK et al., Respondents, et al., Defendants.

Submitted May 16, 2016; decided June 28, 2016

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).

In the Matter of TATIANA NERONI, an Attorney, Appellant. GRIEVANCE COMMITTEES OF THE FOURTH JUDICIAL DEPARTMENT, Respondent.

Submitted May 23, 2016; decided June 28, 2016

Motion for reargument denied [see 27 NY3d 943 (2016)]. Motion to disqualify Mary Gasparini et al. from appearing before the Court of Appeals etc. denied.

Judges STEIN and FAHEY taking no part.